UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHALID ALI,

        Plaintiff,                      Case No. 2:25-cv-10815

v.                                        Honorable Susan K. DeClercq
                                                United States District Judge
IT PEOPLE CORPORATION, INC.,

        Defendant.
_____/

**ORDER STRIKING 14 IMPROPER FILINGS FROM THE DOCKET (ECF Nos. 14; 17; 22; 24; 26; 28; 30; 35; 36; 39; 41; 42; 43; 48), DENYING WITHOUT PREJUDICE SEVEN MOTIONS (ECF Nos. 11; 15; 18; 23; 25; 33; 45), AND SETTING DEADLINE FOR PLAINTIFF TO FILE NEW MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

In February 2025, *pro se* Plaintiff Khalid Ali sued Defendant IT People Corporation, Inc. in Wayne County Circuit Court. *See* ECF No. 1 at PageID.11–18. On March 24, 2025, Defendant removed the case to federal court, *see* ECF No. 1, and then filed a motion to dismiss Plaintiff's Complaint under Civil Rule 12(b)(6), *see* ECF No. 4.

On April 4, 2025, Plaintiff filed an amended complaint, ECF No. 6, so this Court denied Defendant's motion to dismiss, ECF No. 4, as moot. *See* ECF No. 7. Defendant then filed a motion to dismiss Plaintiff's amended complaint. ECF No. 11.

At this point, the docket in this case began to spiral out of control. In addition to filing a response to Defendant's motion to dismiss, Plaintiff filed several documents he titled "statements" and "notices," *see* ECF Nos. 14; 17; 22; 24; 26; 28; 30; 35; 36; 39; 41; 42; 43; 48, most of which are procedurally improper. Indeed, Defendant filed motions to strike some of them as improper filings, *see* ECF Nos. 15; 23.

Additionally, on May 8, 2025, Plaintiff filed a motion for leave to file a second amended complaint. ECF No. 18. But he did not attach a proposed second amended complaint at that time. Defendant, nonetheless, responded opposing Plaintiff's request. ECF No. 19. But Plaintiff has since filed several documents that appear to be proposed second amended complaints, each of which appear to add new claims, new facts, and new parties to the case. *See* ECF Nos. 34; 35; 45. Plaintiff has also filed several motions and notices that appear to assume that some version of his proposed second amended complaint is the operative complaint. But this Court has not granted Plaintiff's request for leave to file a second amended complaint. Indeed, it is difficult for this Court to evaluate the merits of whether Plaintiff should be allowed to file a second amended complaint when it is not even clear *which* of the three proposed second amended complaint Plaintiff is attempting to file. *See generally* ECF Nos. 34; 35; 45.

On July 15, 2025, the Parties appeared via Zoom for a virtual status conference to address the confusion surrounding the flurry of filings by Plaintiff. As discussed at the status conference, this Court will deny all pending motions without prejudice and strike all improper "notices" and "statements" filed by Plaintiff from the record as immaterial and impertinent. *See* Fed. R. Civ. P. 12(f) (permitting the court, on its own or by motion, to strike "any redundant, immaterial, impertinent, or scandalous matter."). Plaintiff will then have until July 30, 2025, to file a new motion for leave to file a second amended complaint *if* he wishes to do so. He must attach the final version of his proposed second amended complaint to that motion.

Accordingly, it is **ORDERED** that the following documents are **STRICKEN** from the docket:

| ECF No. | Document Title |
|---|---|
| 14 | Statement of Notice of Mootness and Request for Clarification |
| 17 | Statement of Notice of Intent to Amend Complaint |
| 22 | Notice of EEOC Filing and Request for Judicial Notice |
| 24 | Notice of Filing of Supplemental Exhibits |
| 26 | Notice regarding Emergency Motion to Toll EEOC Filing Deadlines |
| 28 | Notice re: EEOC Right-to-Sue Status |
| 30 | Notice of Medical Disability Accommodation and Dialysis Treatment Status |
| 35 | Notice of Supplemental Exhibit |
| 36 | Notice of Supplement to Motion for Judicial Notice |
| 39 | Notice of Filing Medical and Emotional Harm Exhibits and Declaration |
| 41 | Notice of Missed Personnel File Deadlines and Risk of Spoilation |
| 42 | Notice of Filing Supplemental Medical Harm Statement |
| 43 | Notice of Personnel File Noncompliance |
| 46 | Amended Second Amended Complaint |

| | |
|---|---|
| 48 | Notice of Retaliatory Rule 11 Letter Filed After Second Amended Complaint |

Further, it is **ORDERED** that the following motions are **DENIED WITHOUT PREJUDICE**:

| ECF No. | Motion Title |
|---|---|
| 11 | Defendant's Motion to Dismiss Plaintiff's Amended Complaint |
| 15 | Defendant's Motion to Strike Statement of Notice of Mootness and Request for Clarification |
| 18 | Plaintiff's Motion for Leave to File Second Amended Complaint |
| 23 | Defendant's Motion to Strike Notice |
| 25 | Plaintiff's Emergency Motion to Toll EEOC Filing Deadlines |
| 33 | Plaintiff's Emergency Motion for Preservation Order and Spoliation Sanctions |
| 45 | Plaintiff's Motion for Leave to Serve Defendant Mercalis, Inc. via Alternate Means |

Finally, it is **ORDERED** that Plaintiff may, if he chooses, file a new motion for leave to file a second amended complaint **on or before July 30, 2025.** The following briefing schedule will apply if such a motion is filed:

| Event | Deadline |
|---|---|
| Plaintiff to file motion for leave to file a second amended complaint on or before: | July 30, 2025 |
| Defendant to file a response to Plaintiff's motion on or before: | August 13, 2025 |
| Plaintiff to file a reply in support of his motion on or before: | August 20, 2025 |

**This is not a final order and does not close the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 18, 2025